UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRACEY L. YOUNG,

        Plaintiff,

                                                        Case No. 14-cv-11647
                                                        HON. GERSHWIN A. DRAIN

v.

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.

                                                  /

**ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION [#19], DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [#15], AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [#16]**

      This matter is before the Court on the Parties' Cross-Motions for Summary Judgment as to Plaintiff Tracey L. Young's claim for judicial review of Defendant's, Commissioner of Social Security, denial of her application for disability insurance benefits. The matter was referred to Magistrate Judge Anthony J. Patti, who issued a Report and Recommendation on July 23, 2015, recommending that the Court deny Plaintiff's Motion for Summary Judgment, grant Defendant's Motion for Summary Judgment, and affirm the Commissioner's findings. Neither Party has filed objections to the Magistrate Judge's Report and Recommendation, and the time for filing objections expired on August 7, 2015. *See* 28 U.S.C. § 636(b)(1)(C).

      Upon review of the Parties' briefing and the Magistrate Judge's Report and Recommendation, the Court concludes that the Magistrate Judge reached the correct conclusion. Therefore, the Court hereby **ACCEPTS** and **ADOPTS** Magistrate Judge Patti's July 23, 2015 Report and Recommendation [#19] as this Court's findings of fact and conclusions of law.

Defendant's Motion for Summary Judgment [#16] is **GRANTED**. Plaintiff's Motion for Summary Judgment [#15] is **DENIED**.

This cause of action is **DISMISSED**.

**IT IS SO ORDERED**.

Dated: August 17, 2015

/s/Gershwin A Drain
Hon. Gershwin A. Drain
United States District Court Judge